UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

MAY 31 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: LOREN MILLER and SARAH MILLER,<br><br>　　　　　　　　Debtors,<br>_____<br><br>LOREN MILLER,<br><br>　　　　　　　　Appellant,<br><br>　v.<br><br>JEREMY W. FAITH, Trustee and SARAH MILLER,<br><br>　　　　　　　　Appellees. | No. 16-60011<br><br>BAP No. 15-1208<br>BAP, Santa Barbara Bankruptcy Court<br><br>**ORDER** |

The appellant's motion for an extension of time to file the opening brief is granted. The appellant's opening brief is due June 13, 2016; the appellee's answering brief is due July 13, 2016; and the appellant's optional reply brief is due within 14 days after service of the last-served answering brief.

　　　　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　Molly C. Dwyer
　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　Terri Haugen
　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　Ninth Circuit Rules 27-7, 27-10