FILED

UNITED STATES COURT OF APPEALS

JUN 23 2016

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: LOREN MILLER and SARAH MILLER, <br><br>       Debtors, <br><br>----------------------------------------<br><br> LOREN MILLER, <br><br>       Appellant, <br><br>  v. <br><br> JEREMY W. FAITH, Trustee and SARAH MILLER, <br><br>       Appellees. | No. 16-60011 <br><br> BAP No. 15-1208 <br><br><br> ORDER |

The appellant's late motion (docket entry 8) for a second extension of time in which to file the opening brief is granted. The opening brief is due July 18, 2016. The answering brief is due August 17, 2016. The optional reply brief is due within 14 days after service of the answering brief. This order was issued prior to the expiration of time within which a response may be filed. Fed. R. App. P. 27(b).

6.20.16/tah/Pro Mo

The Clerk shall update court records to reflect the following telephone number for the appellant: 702-501-1062.

The appellant is informed that a motion for an extension of time to file a brief should be filed at least seven days before the due date for filing the brief. 9th Cir. R. 31-2.2(b).

> For the Court:
> MOLLY C. DWYER
> Clerk of the Court
>
> Terri Haugen, Deputy Clerk
> 9th Circuit Rules 27-7, 27-10