| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | SEP 22 2016 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

r

| | |
|---|---|
| In re: LOREN MILLER and SARAH MILLER,<br><br>Debtors,<br>_____<br><br>LOREN MILLER,<br><br>Appellant,<br><br>v.<br><br>JEREMY W. FAITH, Trustee and SARAH MILLER,<br><br>Appellees. | No. 16-60011<br><br>BAP No. 15-1208<br>BAP, Santa Barbara Bankruptcy Court<br><br>**ORDER** |

The answering brief submitted on September 21, 2016 is filed.

Within 7 days of this order, appellee is ordered to file 7 copies of the brief in paper format, with a red cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - CM/ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate CM/ECF.

The Court has reviewed the excerpts of record submitted on September 21, 2016. Within 7 days of this order, appellee is ordered to file 4 copies of the excerpts in paper format, with a white cover. The paper copies must be in the format described in 9th Circuit Rule 30-1.6.

The paper copies shall be submitted to the principal office of the Clerk. For regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939. For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Liora Anis
Deputy Clerk